Woojoo Kim, Pro Se

967 Strawberry Creek St

Chula Vista, CA 91913

Telephone: (714) 837-8477

Email: bwk.bread@gmail.com

Plaintiff In Pro Per

**FILED**

Mar 18 2026

**CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**
BY          s/ DimitriEnglish          **DEPUTY**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOOJOO KIM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>XIAOFEI CUI, an individual,<br><br>Defendant. | Case No.: **'26CV1717 JLS  AHG**<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

## I. THE PARTIES TO THIS COMPLAINT

### A.    The Plaintiff

Plaintiff Woojoo Kim ("Plaintiff") is an individual and citizen of the State of California, residing in the County of San Diego. Plaintiff is the original author and creator of the copyrighted work at issue in this action, and is the current owner of all right, title, and interest in the copyright to said work by virtue of a written assignment from OG Ink Studios LLC, a California limited liability company of which Plaintiff is the sole member. A true and correct copy of said assignment is attached hereto as Exhibit 2.

1

**B.    The Defendant**

Defendant Xiaofei Cui ("Defendant") is an individual residing at Lijiashan Road, Tianci Liangyuan Phase 2, Building 3, Unit 16, Fuzhou, Jiangxi Province, People's Republic of China. Defendant operates an Amazon.com seller account under the storefront name "Party Nice." Defendant's email address is cb1013324046@163.com and telephone number is 18818594542.

## II. BASIS FOR JURISDICTION

This action arises under federal law. The basis for jurisdiction is Federal Question jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

The specific federal statutes at issue are:

17 U.S.C. § 106 (exclusive rights in copyrighted works)

17 U.S.C. § 501 (copyright infringement)

17 U.S.C. § 502 (injunctive relief)

17 U.S.C. § 503 (impounding and disposition of infringing articles)

17 U.S.C. § 504 (damages and profits)

17 U.S.C. § 505 (costs and attorney's fees)

This Court has personal jurisdiction over Defendant. On or about March 7, 2026, Defendant submitted counter-notifications pursuant to 17 U.S.C. § 512(g) to Amazon.com in which Defendant stated under penalty of perjury: "I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found." Amazon.com, Inc. maintains operations within the Southern District of California. Defendant has therefore consented to the personal jurisdiction of this Court. See Exhibit 9.

## III. VENUE

Venue is proper in this Court because: (1) Plaintiff resides in San Diego County; and (2) a substantial part of the events giving rise to the claims occurred in San Diego County, including the creation of the copyrighted work and the sale and distribution of infringing products to consumers in this district through Amazon.com.

## IV. STATEMENT OF CLAIM(S)

**CLAIM FOR RELIEF:** Copyright Infringement (17 U.S.C. § 501), by Xiaofei Cui.

**Supporting Facts:**

*Plaintiff's Copyrighted Work*

1. Plaintiff is the sole author and original creator of the work titled "Demon Energy Pattern Tattoo Collection (3-Sheet Set)" (the "Work"). The Work consists of original two-dimensional vector artwork depicting abstract pattern designs in a purple and pink gradient colorway, arranged across three sheets. A true and correct copy of the Work is attached hereto as Exhibit 1.

2. Plaintiff personally created the Work using digital vector design tools. Each design element in the Work—including the specific shapes, contours, arrangements, and color treatments—is the product of Plaintiff's independent creative effort. No portion of the Work was copied from any third-party source.

3. The Work was completed in 2025 and first published on October 3, 2025.

4. On February 11, 2026, Plaintiff filed an application to register the copyright in the Work with the United States Copyright Office (Service Request No. 1-15097371043). The application lists Woojoo Kim as the author and OG Ink Studios LLC as the copyright claimant. By written assignment effective March 16, 2026, OG Ink Studios LLC assigned all right, title, and interest in the copyright back to Plaintiff. See Exhibit B.

5. On or about March 18, 2026 the United States Copyright Office issued Registration No. VA 2-489-906 for the Work, with an effective date of registration of February 11, 2026.

**_Defendant's Infringing Conduct_**

6. Beginning no later than January 2026, Defendant, through the Amazon.com storefront "Party Nice," began selling multiple products that reproduce, copy, and create unauthorized derivative works from Plaintiff's copyrighted artwork. Defendant's products incorporate Plaintiff's exact original vector shapes, design elements, contours, and arrangements, which have been rearranged, mirror-imaged, and/or rotated in an attempt to disguise the copying.

7. Defendant's infringing products include, but are not limited to, the following Amazon.com listings:

    a. ASIN B0G483Q17P — temporary tattoo product directly competing with Plaintiff's Work, composed almost entirely of Plaintiff's original design elements;

    b. ASIN B0GHXFPLFY — popcorn boxes featuring Plaintiff's copyrighted design elements as decorative patterns;

4

c. ASIN B0GHRHDN1D — gift boxes featuring Plaintiff's copyrighted design elements as decorative patterns;

d. ASIN B0GHRJDGQC — food trays featuring Plaintiff's copyrighted design elements as decorative patterns;

e. ASIN B0GJ57C8DC — party backdrop featuring Plaintiff's copyrighted design elements as decorative patterns;

f. ASIN B0GJCBLRVW — foil fringe curtains featuring Plaintiff's copyrighted design elements as decorative patterns.

8. Detailed side-by-side comparison images identifying the specific copyrighted elements copied by Defendant for each of the above products are attached hereto as Exhibits 3 through 8. These comparisons demonstrate that Defendant copied specific, identifiable vector shapes and design elements from Plaintiff's Work, rearranging and applying them to various party supply products.

*Notice of Infringement and Willful Conduct*

9. On February 2, 2026, Plaintiff filed a copyright infringement notification pursuant to 17 U.S.C. § 512(c) with Amazon.com regarding Defendant's listing ASIN B0G483Q17P (Complaint ID 19398436461). Amazon.com removed the listing via escalated Complaint ID 19485001851 on February 15, 2026.

10. On February 15, 2026, Defendant initiated direct email correspondence with Plaintiff regarding the infringement claim. Over the course of approximately three weeks, Defendant sent Plaintiff numerous emails in which Defendant: (a) acknowledged receiving the infringement notice; (b) repeatedly requested Plaintiff's copyright registration number; (c) claimed, without basis, that the designs were different from

Plaintiff's; (d) threatened to file counter-notifications; (e) offered Plaintiff monetary payments of $500 to withdraw the complaints; and (f) requested Plaintiff's contact information to discuss the matter on private messaging platforms.

11. On February 18, 2026, Plaintiff informed Defendant in writing that Plaintiff was the original artist and copyright owner, that the designs had been filed with the U.S. Copyright Office, and that any further use of Plaintiff's artwork was unauthorized. Defendant continued to sell infringing products and threatened to counter-notice.

12. On or about March 1, 2026, Plaintiff filed additional infringement notifications with Amazon.com regarding ASINs B0GJCBLRVW, B0GJ57C8DC, B0GHXFPLFY, B0GHRJDGQC, and B0GHRHDN1D. Amazon.com removed all listings except for B0GHXFPLFY, in which the Defendant replaced the infringing material before the takedown could take place.

13. On March 7, 2026, Defendant filed counter-notifications with Amazon.com for four of the removed listings (ASINs B0GJCBLRVW, B0GHRJDGQC, B0GHRHDN1D, and B0GJ57C8DC), corresponding to Amazon Complaint IDs 19597218771, 19596732761, 19583112681, and 19596767321, respectively. In each counter-notification, Defendant declared under penalty of perjury that the material was removed by mistake or misidentification. See Exhibit 9.

14. Defendant's infringement is willful. Defendant received actual notice of Plaintiff's copyright claim no later than February 15, 2026, engaged in extensive correspondence acknowledging the claim, was provided with detailed visual evidence of the copying, offered monetary payment to resolve the dispute, and nevertheless continued to sell infringing products and filed counter-notifications asserting under penalty of perjury that the products did not infringe.

6

*Legal Basis for Claim*

15. Plaintiff is the owner of a valid copyright in the Work, as evidenced by U.S. Copyright Registration No. VA 2-489-906.

16. Defendant, without authorization or license from Plaintiff, has reproduced, distributed, displayed, and created derivative works from Plaintiff's copyrighted Work in violation of Plaintiff's exclusive rights under 17 U.S.C. § 106.

17. Defendant's actions constitute infringement of Plaintiff's copyright in violation of 17 U.S.C. § 501.

18. Defendant's infringement has been willful, intentional, and with full knowledge of Plaintiff's rights, entitling Plaintiff to enhanced remedies under the Copyright Act.

19. As a direct and proximate result of Defendant's infringement, Plaintiff has suffered and will continue to suffer irreparable harm and monetary damages.

## V. RELIEF

Plaintiff respectfully requests that this Court enter judgment against Defendant and award the following relief:

a. A permanent injunction prohibiting Defendant, and all persons acting in concert with Defendant, from reproducing, distributing, displaying, selling, offering for sale, or creating derivative works from Plaintiff's copyrighted Work;

7

b. Actual damages suffered by Plaintiff and any profits of the Defendant attributable to the infringement pursuant to 17 U.S.C. § 504(b), or in the alternative, statutory damages pursuant to 17 U.S.C. § 504(c) to the extent available;

c. Plaintiff's costs and reasonable expenses incurred in this action pursuant to 17 U.S.C. § 505;

d. An order requiring Defendant to destroy all infringing copies and materials pursuant to 17 U.S.C. § 503;

e. An order requiring Defendant to account for and disgorge all profits derived from the infringing activity;

f. Pre-judgment and post-judgment interest as allowed by law;

g. Such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury on all issues so triable.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _March 18, 2026_

Plaintiff's Signature: _____

Plaintiff's Printed Name: Woojoo Kim

9

# TABLE OF EXHIBITS

**Exhibit 1:** Copyrighted Work: "Demon Energy Pattern Tattoo Collection (3-Sheet Set)" ...................................................................................................Page 11

**Exhibit 2:** Copyright Assignment from OG Ink Studios LLC to Woojoo Kim ...................................................................................................Page 12

**Exhibit 3:** Side-by-Side Comparison — ASIN B0G483Q17P (Temporary Tattoos) ...................................................................................................Page 13

**Exhibit 4:** Side-by-Side Comparison — ASIN B0GHXFPLFY (Popcorn Boxes) ...................................................................................................Page 14

**Exhibit 5:** Side-by-Side Comparison — ASIN B0GHRHDN1D (Gift Boxes) ...................................................................................................Page 15

**Exhibit 6:** Side-by-Side Comparison — ASIN B0GHRJDGQC (Food Trays) ...................................................................................................Page 16

**Exhibit 7:** Side-by-Side Comparison — ASIN B0GJ57C8DC (Party Backdrop) ...................................................................................................Page 17

**Exhibit 8:** Side-by-Side Comparison — ASIN B0GJCBLRVW (Foil Fringe Curtains) ...................................................................................................Page 18

**Exhibit 9:** Counter-Notifications filed by Defendant Xiaofei Cui.......................Page 19

**EXHIBIT 1**

Copyrighted Work

"Demon Energy Pattern Tattoo Collection (3-Sheet Set)"



Exhibit 1

11

# EXHIBIT 2

## Copyright Assignment

## OG Ink Studios LLC to Woojoo Kim

### COPYRIGHT ASSIGNMENT

This Copyright Assignment (this "Assignment") is entered into and effective as of March 16, 2026 (the "Effective Date").

**ASSIGNOR:** OG Ink Studios LLC, a California limited liability company, with its principal place of business at 967 Strawberry Creek St, Chula Vista, California 91913 (the "Assignor"), acting by and through its sole member, Woojoo Kim.

**ASSIGNEE:** Woojoo Kim, an individual, residing at 967 Strawberry Creek St, Chula Vista, California 91913 (the "Assignee").

**RECITALS**

WHEREAS, Assignee is the original author and creator of the work titled "Demon Energy Pattern Tattoo Collection (3-Sheet Set)" (the "Work"), consisting of original two-dimensional vector artwork depicting abstract pattern designs for temporary tattoos;

WHEREAS, Assignee previously transferred certain copyright rights in the Work to Assignor by written agreement;

WHEREAS, a copyright application for the Work has been filed with the U.S. Copyright Office (Service Request No. 1-15097371043), listing Woojoo Kim as the author and OG Ink Studios LLC as the copyright claimant;

WHEREAS, Assignor now desires to assign all right, title, and interest in the copyright of the Work back to Assignee, the original author, for purposes including but not limited to the enforcement of said copyright.

**AGREEMENT**

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

**1. Assignment of Copyright.** Assignor hereby irrevocably assigns, transfers, and conveys to Assignee all right, title, and interest in and to the copyright in the Work, including but not limited to all rights of reproduction, distribution, display, performance, and the creation of derivative works, as well as all rights to sue for past, present, and future infringement of the copyright in the Work.

**2. Scope.** This Assignment covers all copyright rights in the Work throughout the world for the full duration of such rights, including any extensions and renewals thereof.

**3. Further Assurances.** Assignor agrees to execute any additional documents and take any further actions reasonably necessary to effectuate and confirm the assignment made herein.

**4. Governing Law.** This Assignment shall be governed by and construed in accordance with the laws of the United States and the State of California.

**5. Authority.** Woojoo Kim, as the sole member of OG Ink Studios LLC, represents and warrants that he has full authority to execute this Assignment on behalf of the Assignor.

IN WITNESS WHEREOF, the parties have executed this Assignment as of the Effective Date.

**ASSIGNOR: OG Ink Studios LLC**

Woojoo Kim, Sole Member
Date: March 16, 2026

**ASSIGNEE: Woojoo Kim**

Woojoo Kim, Individually
Date: March 16, 2026

Exhibit 2

# EXHIBIT 3

Side-by-Side Infringement Comparison

ASIN B0G483Q17P (Temporary Tattoos)

**Copyrighted Artwork**



Exhibit 3

**EXHIBIT 4**

Side-by-Side Infringement Comparison

ASIN B0GHXFPLFY (Popcorn Boxes)





Exhibit 4

**EXHIBIT 5**

Side-by-Side Infringement Comparison

ASIN B0GHRHDN1D (Gift Boxes)





Exhibit 5

**EXHIBIT 6**

Side-by-Side Infringement Comparison

ASIN B0GHRJDGQC (Food Trays)



Exhibit 6

**EXHIBIT 7**

Side-by-Side Infringement Comparison

ASIN B0GJ57C8DC (Party Backdrop)





Exhibit 7

**EXHIBIT 8**

Infringement Comparison

ASIN B0GJCBLRVW (Foil Fringe Curtains)





Exhibit 8

18

# EXHIBIT 9

## Counter-Notifications filed by Defendant Xiaofei Cui

We've received a counter notice for your Amazon.com report  Inbox ×

no-replies-appeal@amazon.com  <no-replies-appeal@amazon.com>   Sat, Mar 7, 7:22 AM (11 days ago)
to bwkbread

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 19596732761
ASIN: B0GHRJDGQC
Title: 24Pcs Purple Demon Party Supplies Purple Demon Themed Paper Food Trays Disposable Serving Tray Nacho Trays Food Boats for Birthday Party Hunter Theme Decorations

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-info-request@amazon.com to help ensure efficient processing. Note, that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0GHRJDGQCComplaint ID: 19596732761You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled.The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN):B0GHRJDGQCMy contact information is as follows:Full Legal Name:Xiaofei CUIEmail Address:cb1013324046@163.comMailing Address:江西省抚州市南丰县李家山路 天赐良苑二期3#楼16号车库Phone Number:18818594542✓ (I) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found.✓ (II) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person.✓ (III) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled.✓ (IV) I declare under penalty of perjury under the laws of the United States of America that this Counter-Notification and all statements therein are true and correct.✓ (V) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION.Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding.Xiaofei CUI

Thank You,
Amazon

no-replies-appeal@amazon.com                          Sat, Mar 7, 7:22 AM (11 days ago)
Complaint ID: 19583112681 ASIN: B0GHRHDN1D Title: OU RUI 12Pcs Purple Demon Party Gift Boxes Purple Demon Theme Party Favor Candy Bo...

no-replies-appeal@amazon.com                          Sat, Mar 7, 7:22 AM (11 days ago)
Complaint ID: 19596767321 ASIN: B0GJ57C8DC Title: 5x3ft Puple Demon Backdrop for Purple Demon Birthday Party Decorations Boys Girls Hunter...

no-replies-appeal@amazon.com  <no-replies-appeal@amazon.com>   Sat, Mar 7, 7:22 AM (11 days ago)
to bwkbread

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 19597218771
ASIN: B0GJCBLRVW
Title: 3 Pack Purple Demon Foil Fringe Curtains Backdrop 3.3ftx6.6ft Tinsel Streamers Backdrop for Purple Demon Themed Party Decorations Hunter Themed Party Photo Booth

Exhibit 9